FILED
CLERK, U.S. DISTRICT COURT

January 25, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN LARIAN LLC, a Delaware limited liability company doing business as "CULT GAIA,"<br><br>Plaintiff,<br><br>vs.<br><br>THE RED DRESS BOUTIQUE, INC., a Georgia Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-01629-SB-PJW<br>*Hon. Stanley Blumenfeld, Jr. Presiding*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |
| THE RED DRESS BOUTIQUE, INC., a Georgia Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>JASMIN LARIAN LLC, a Delaware limited liability company doing business as "CULT GAIA,"<br><br>Counterclaim Defendant. | |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), with each party to bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

Dated: January 25, 2021            By: _____
                                                  HON. STANLEY BLUMENFELD, JR.
                                                  U.S. DISTRICT JUDGE